PEDRO ANTONIO RIVERA, Appellant, v EARLYBIRD DELIVERY SYSTEMS, LLC, Respondent.

Submitted October 5, 2015; decided November 23, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.